## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL S. DICKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. |
| ADVANCED ASSEMBLY, LCC, | ) ) ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Michael Dickey, by counsel, alleges against Defendant as follows:

1. The plaintiff is Michael Dickey ("Plaintiff"), a resident of Fort Wayne, Indiana, and an employee of Defendant at all material times to this Complaint.

2. The defendant is Advanced Assembly, LLC ("Defendant"), a company doing business at 2101 South 600 East, Columbia City, Whitley County, Indiana. The registered agent is C T Corporation System, 150 West Market Street, Suite 800, Indianapolis, IN 46204. At all material times to this Complaint, Defendant was an "employer" of Plaintiff.

3. Plaintiff filed his Charge of Discrimination, EEOC 470-2019-04232, on or about September 3, 2019, a copy of which is attached hereto, incorporated herein, and made a part hereof as Exhibit "A". The EEOC issued its Dismissal and Notice of Rights/Notice of Suit Rights, which was received on December 23, 2019 a copy of which is attached hereto and made a part hereof as Exhibit "B". All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for

the filing of this lawsuit.

4. Plaintiff was employed by Defendant from on or about May 6, 2019 until his wrongful termination on or about June 22, 2019. Prior to his termination the Plaintiff contends he was repeatedly harassed by co-workers and supervisors employed by the Defendant, in violation of 42 U.S.C. § 2000 *et seq.* (Title VII); and Section 1981.

5. During his employment, the Plaintiff performed within the reasonable expectations of the Defendant, received fair or good evaluations from management and was even asked to train others while still in his probationary period.

6. During his employment several co-workers repeatedly harassed the Plaintiff, using the epithet "nigger" on more than one occasion; accusing him of "narc'ing" on them to management; stating to him that "snitches get stitches and go into ditches"; threatening to "whoop his ass"; putting a hand in his back to simulate a gun and stating "I will put you to sleep"; "get out of here nigger"; and other similar statements. Plaintiff's co-workers would also repeatedly throw screws at the Plaintiff striking him.

7. All of the harassment was reported to his supervisors, the plant superintendent, and the union manager, but the harassment continued unabated.

8. One supervisor, "Shameka" had physically slapped the Plaintiff's hands during one of the incidents.

9. The Plaintiff was also then accused of saying "the niggers in charge are doing nothing"; he was also accused of not properly doing his job – while at the same

2

time being asked to train others.   The Plaintiff denied making any such statement and denies the accusation of bad performance.

10. On or about June 21, 2019, Charlene (supervisor) took the Plaintiff into the office to and told him that someone had heard him use the word "snitches" and "nigger".

11.  After this meeting, Plaintiff was instructed to go back to the line and not to speak to anyone.

12. On June 22, 2019, Plaintiff was called back into the office by Shameka who assumed that the Plaintiff was discussing the incident, when in fact he had not.

13. Once in the office with Katie, Julie, Shameka, Thomas and Justin, the Plaintiff was given a drug screen and breathalyzer for which there was no probable cause, and which came back negative.

14. No other similarly situated employee, nor any of his harassers were asked to undergo a drug screen or breathalyzer.

15. When the Plaintiff asked why he was being singled out, and accused of doing things – that he had in fact complained of, and yet nothing was doing about his harassment complaints, the Plaintiff learned that the Human Resources personnel knew nothing of his complaints about race-based harassment.

16. When the human resources personnel asked the supervisory staff present why the harassment complaints had not been reported, they replied that they thought the Plaintiff was "joking".

17. Shortly thereafter on June 22, 2019, Plaintiff was then terminated, and the proffered reason was that he "was not being a team player." This was a false reason; the real reasons were race/color discrimination and retaliation.

18. Plaintiff contends that the proffered reason for termination was false and pretextual, and that in reality he was discriminated against, retaliated against, and wrongfully terminated on the basis of his race, and complaining of the racial discrimination and harassment at Defendant's workplace in violation of his federally protected rights under Title VII and Section 1981.

19. Defendant's discriminatory and/or retaliatory conduct was the direct and proximate cause of Plaintiff suffering the loss of his job and job-related benefits including income as well as emotional distress, mental anguish, inconvenience, and other damages and injuries.   Plaintiff requests compensatory damages.

20. Defendant's discriminatory and/or retaliatory conduct, furthermore, was intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights under Title VII and Section 1981. Plaintiff is entitled to receive punitive and liquidated damages against Defendant.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant for compensatory damages, liquidated damages (where available) punitive damages (where available), reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(B) of the Indiana Rules of Civil Procedure, Plaintiff demands a trial

by jury in this action.

                                               Respectfully submitted,

                                               **CHRISTOPHER C. MYERS & ASSOCIATES**

                                               /s/ Christopher C. Myers
                                             Christopher C. Myers, #10043-02
                                             Christopher Myers & Associates
                                             809 South Calhoun Street, Suite 400
                                             Fort Wayne, IN 46802
                                             Telephone:     (260) 424-0600
                                             Facsimile:      (260) 424-0712
                                             Email: cmyers@myers-law.com
                                             *Attorney for Plaintiff*