**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| MICHAEL S. DICKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-cv-00109-HAB-SLC |
| | ) |
| ADVANCED ASSEMBLY, LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Michael Dickey ("Plaintiff"), and Defendant, Advanced Assembly, LLC. ("Defendant"), by their respective counsel, respectfully stipulate and agree to dismiss this cause of action with prejudice. The Parties further stipulate and agree that no motion for costs and/or attorney fees will be brought by Plaintiff or Defendant with regard to the claims now dismissed herein, as each party will bear its own fees and costs.

Respectfully submitted,

*s/ Ilene M. Smith (w/ permission)*
Christopher C. Myers
Ilene M. Smith
*Christopher C. Myers & Associates*
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802
Email: cmyers@myers-law.com
Email: ismith@myers-law.com

*s/ Scott James Preston*
Scott James Preston
*Ogletree, Deakins, Nash, Smoak & Stewart, P.C.*
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
Email: scott.preston@ogletree.com

John C. Cashen (pro hac vice)
Katherine F. Cser (pro hac vice)
*Bodman PLC*
201 W Big Beaver Rd Ste 500
Troy, MI 48084
Email: jcashen@bodmanlaw.com
Email: kcser@bodmanlaw.com

49130074.1